IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01653-MSK-MJW

ADRIENNE JULIE ESPINOZA,

     Plaintiff,

v.

DARREN MAUER,

     Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN
EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary
hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and
depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60
days beyond the later of the time to appeal or conclusion of any appellate proceedings. The
Court will retain its copy of the exhibits for the same time period after which the documents will
be destroyed.

DATED this 24th day of July, 2009.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge