IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-01653-MSK-MJW

ADRIENNE JULIE ESPINOZA,

Plaintiff(s),

v.

DARREN MAUER,

Defendant(s).

---

MINUTE ORDER

---

   It is hereby ORDERED that the Motion to Amend Complaint, DN 21, filed with the Court on October 22, 2009, is GRANTED, finding no objections by Defendants and further finding that Plaintiff has complied with Fed.R.Civ.P. 15.  The Amended Complaint is accepted for filing today.  The clerk of the court shall file the tendered Amended Complaint (DN 22) into the CM/ECF docket as of the date of this Minute Order.

Date:  November 5, 2009