IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01653-MSK-MJW

ADRIENNE JULIE ESPINOZA,

    Plaintiff,

v.

DARREN MAURER,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO VACATE THE SETTLEMENT CONFERENCE** (Docket No. 31)

---

The Court having reviewed the Joint Motion to Vacate the Settlement Conference, being duly advised in the premises, and for good cause shown; **DOES HEREBY GRANT** the Motion. The Settlement Conference scheduled for January 27, 2010 at 10:00 a.m. is vacated.

DONE AND ORDERED this 25th day of January 2010.

By the Court:

*/s/ Michael J. Watanabe*

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**