IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01653-MSK-MJW

ADRIENNE JULIE ESPINOZA,

    Plaintiff,

v.

DARREN MAURER,

    Defendant.

---

## ORDER GRANTING MOTION TO REOPEN

---

THIS MATTER comes before the Court on the Unopposed Motion from Defendant to Reopen Case to File a Joint Stipulated Motion to Dismiss (Motion) **(#37)** filed January 27, 2011. Having reviewed the Motion, the Court

**FINDS** that good cause exists for reopening this case for purposes of filing a Joint Stipulated Motion to Dismiss. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk is directed to reopen this matter. The parties are directed to file their Stipulated Motion to Dismiss no later than **February 4, 2011**, failing which this case shall be closed without further Court order.

DATED this 27th day of January, 2011.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge